**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01144-SBP

CRUZ RAMON VILLALBA CORDOVA,

     Petitioner,

v.

JUAN BALTASAR, Warden of the Denver Contract Detention Facility, acting in his official capacity,
KELEI WALKER, Field Office Director or Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, acting in her official capacity,
DAVID VENTURELLA, Acting U.S. Immigration and Customs Enforcement Director, in his official capacity,
MARKWAYNE MULLEN, Secretary of the United States Department of Homeland Security, acting in his official capacity,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States Magistrate Judge Susan Prose entered on April 30, 2026, [ECF No. 12] and June 11, 2026, [ECF No. 14], it is

ORDERED that the Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 6] is GRANTED in part. It is

FURTHER ORDERED that the Court's Order enjoining Respondents from transferring Petitioner outside of the district of Colorado is VACATED. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 11th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes, Deputy Clerk